**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Nolan Daniel Peterson
# 1150529

_____

(Enter above the **FULL** name and inmate
number of the plaintiff or plaintiffs in this action)

RECEIVED
SEP 27 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

vs.

**COMPLAINT**

Ottumwa Residential Facility
Nicole Harbison (Manager)
Ottumwa Regional Health Center
Nurse for Steven Hector MD.

245 Osage dr
Ottumwa, IA 52645

(Enter above the **FULL** name of each defendant
in this action)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for
EACH plaintiff by name, using a separate sheet of paper.

I.  Previous Lawsuits:

   A.  Have you begun other lawsuits in State or Federal Court dealing with the <u>same facts</u> involved in this action or otherwise relating to your imprisonment?
   Yes ( )   No (X)

   B.  If your answer to A is Yes, please answer questions 1 thru 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiffs _____N/A_____
   Defendants _____N/A_____

2. Court (if Federal Court, name the district; if State Court, name the county)
   _____N/A_____

3. Docket Number _____N/A_____

4. Name of Judge to whom the case was assigned _____N/A_____

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

6. Approximate date of filing lawsuit _____N/A_____

7. Approximate date of disposition _____N/A_____

II. Place of Present Confinement _____N/A_____

A. Is there a prisoner grievance procedure in this institution?
   Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (X) No ( )

C. If your answer is **Yes**,
   1. What steps did you take? I called Colby Kriess immediately after leaving [ORF]. Kolby is the Supervisor of the 8th Judicial District in Ottumwa, IA.
   2. What was the result? Kolby Recommended that I turn myself in.

D. If your answer is **No**, explain why not
   _____N/A_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (X) No ( )

F. If your answer is **Yes**,
   1. What steps did you take? I went back to (ORF) until 4 hours passed and they wouldn't get my meds.
   2. What was the result? I left and obtained medication on my own.

2

III. Parties
(In item **A** below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiff(s), if any.)

A. Name of Plaintiff **Nolan O. Peterson # 1150529**

Address **1550 "L" Street Fort Dodge Iowa 50501**

B. Additional plaintiffs **None**

(In item **C** below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item **D** for the names, positions, and places of employment of any additional defendants.)

C. Defendant **Nicole Harbison**

is employed as **Manager**

at **(ORF) Ottumwa Residential Facility**

D. Additional defendants **Ottumwa Regional Health Center Nurse for Steven Rector MD**

IV. Jurisdiction
This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343. Plaintiff(s) allege(s) the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

V. **Statement of Claim**

(state here as briefly as possible the **FACTS** of your case. You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

Nicole Harbison ORF Manager dropped me off blind do to Weld Burn of my eyes without assisting me into Hospital, she left me there alone. Ottumwa Regional Health Center Nurse of Steven Rector wrote in report that "patient does have a history of Not wearing a mask resulting in burns to eyes." (Please see Attached).

VI. (State briefly exactly what you want the Court to do for you. Make no legal arguments. **Do not cite cases or statutes.**)

Financial loss (time of incarceration)
Mental Health Stability / Counseling
I lost my job at Farrcast INC $25 hr.
Wrongfully sent to Prison.
Mal Practice of ORF and Ottumwa Regional Health.

VII. Statement Regarding Assistance in Preparing this Complaint
  A. Did any person other than a named plaintiff in this action assist you in preparing this complaint? **Yes** ( ) **No** (X)
  B. If your answer is **Yes** name the person who assisted you.
  C. Signature of person who helped prepare complaint.

  (Signature) _____ (Date) _____

VIII. **Signature(s) of Plaintiff(s)**

  Signed the 21 day of September, 2023
  (Signature of Plaintiff) Malan Peluson
  Signatures of additional plaintiffs, if any:

4

Part V Continued,

On 1/12/23 I Nolan Peterson returned to (DRF) after working at Faircast INC, Fairfield, IA. After showing my eyes started bothing me. I had been welding on a street sweeper that Lynn had swiped a pole with. I was wearing all proper PPE, however the flash was entering through side of Helmet, by mirroring off a stainless muffler.

I approached the desk to find Mrs. Nicole Harbison, (Residential Manager) still working past her normal shift. I told her I needed to go to (ER). By the time she agreed to take me I couldnt see where I was walking, weld burn is extremely painful.

We did have a third passenger, unknown to me, we were to my knowledge of hearing taking him to his job. I made the drive with my head in my lap front seat when she anounced we had arrived I told the gentleman in the back to have a good night.

Mrs. Harbison stated it was for me and we were at the Hospital. She never walked me in, prior to getting out of the car I made it clear I didnt have a ride to return, that I was not familiar where I was at. I ran

into the fixed door on my way in.
Note I had no phone, no $ and no sight.

Also please note that I do not have name of nurse, under Steven Rector MD at Ottumwa Regional Health Center. I have never went to that Hospital, nor did I state that I had previous weld burns which is now stated in her report. Who would intentionally burn their eyes!?

Mrs Horbison should have never left me "blinded" like I was. The mission statement clearly states she swears to protect and serve her community. She put my life in danger, having full knowledge I could not open my eyes.

Molaue Piterson
9/21/23

Nolan P. Peterson #1150529
1550 "L" Street
Fort Dodge, Ia 50501

DES MOINES IA 500
25 SEP 2023 PM 3 L
X-RAYED & CLEARED BY U.S.M.S. _NT_

Clerk, United States District Court
U.S. Courthouse
P.O. Box 9344
Des Moines, Iowa 50306-9344

50306-934444

NOTICE: This Correspondence was mailed from an institution of the Iowa Department of Corrections